**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOMER COUNTESS-BOYD, | Case No. ED CV 23-2468 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AMERIS BANK, et al., | |
| Defendants. | |

  **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.  The parties shall bear their own fees and costs.

Dated this 25th day of August, 2025.

                   /s/
                 Fernando M. Olguin
              United States District Judge